IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-190-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEVAN MILLION MCLAMB, )<br>)<br>Defendant. ) | ORDER |

Not later than September 17, 2025, the parties SHALL advise the court about their respective positions on Warden Lott's request for additional time under 18 U.S.C. § 4241(d)(2).

SO ORDERED. This __3__ day of September, 2025.

JAMES C. DEVER III
United States District Judge