IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-190-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEVAN MILLION MCLAMB, )<br>)<br>Defendant. ) | ORDER |

The court has reviewed the parties' responses. See [D.E. 65, 66]. The court GRANTS the warden's request for additional time under 18 U.S.C. § 4241(d)(2).

SO ORDERED. This 18 day of September, 2025.

JAMES C. DEVER III
United States District Judge