UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00190-D-KS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVAN MILLION MCLAMB | **ORDER TO SEAL** |

On motion of the Defendant, Devan Million McLamb, and for good cause shown, it is hereby ORDERED that [DE 80 and 81] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 4 day of August, 2026.

JAMES C. DEVER III
United States District Judge